IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FILED**
2009 OCT 29 AM 10: 22
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

V.

MICHAEL KENNEDY

CASE NO. 6:09-cr-217-ORL-18-DAB
18 U.S.C. § 241
18 U.S.C. § 242

## INDICTMENT

The Grand Jury charges that:

### INTRODUCTION

1. At all material times herein, the Federal Correctional Complex - Coleman (FCC-Coleman) was a federal correctional complex in Coleman, Sumter County, Florida, in the Middle District of Florida. FCC-Coleman consisted of several components, including United States Penitentiary-1 (USP-1) that detained inmates serving sentences pursuant to convictions for federal crimes.

2. At all material times herein, the Segregated Housing Unit (SHU) of USP-1 was a controlled subsection of USP-1 that detained inmates who could not be permitted to reside in the general population of USP-1 for administrative or disciplinary reasons.

3. At all material times herein, the defendant

**MICHAEL KENNEDY**

was a corrections officer employed by the Federal Bureau of Prisons at FCC-Coleman. His responsibilities encompassed the supervision of inmates assigned to the SHU at USP-1.

4. At all material times in this indictment, Richard Delano was an inmate serving a sentence at FCC-Coleman, housed at USP-1 in the SHU.

5. At all material times in this indictment, John McCullah was an inmate serving a sentence at FCC-Coleman, housed at USP-1 in the SHU.

## COUNT ONE

6. The allegations contained in paragraphs 1 through 5 of this Indictment are hereby realleged and incorporated herein by reference.

### A. The Conspiracy

7. Beginning on or about February 28, 2005, and continuing through in or about March 2005, in the Middle District of Florida,

**MICHAEL KENNEDY**

the defendant herein, along with Erin Sharma and persons known and unknown to the Grand Jury, while acting under color of law, did willfully combine, conspire, confederate and agree together and with each other to injure, oppress, threaten and intimidate Richard Delano, a convicted federal prison inmate, in the free exercise and enjoyment of the rights and privileges secured to him by the Constitution and laws of the United States, namely, the right to be free from cruel and unusual punishment. Death resulted to Richard Delano from the acts committed in this violation.

### B. Manner and Means

8. It was part of the plan and purpose of this conspiracy that defendant **MICHAEL KENNEDY**, along with co-conspirator Erin Sharma, took steps to move Richard Delano to the cell of John McCullah in the SHU of USP-1, FCC-Coleman, in

order to facilitate an assault upon Delano by McCullah.

9. It was part of the plan and purpose of this conspiracy for co-conspirator Erin Sharma to encourage McCullah to assault Delano at a time when co-conspirator Erin Sharma was not present at FCC-Coleman.

10. It was part of the plan and purpose of this conspiracy that the conspirators would and did perform acts and make statements to hide and conceal, and cause to be hidden and concealed, the purpose of the conspiracy and acts committed in furtherance thereof.

### C. Overt Acts

11. In furtherance of this conspiracy and to accomplish its plans and purposes, the conspirators, while acting under color of law, did commit the following overt acts, among others, from on or about February 28, 2005, through in or about March 2005, in the Middle District of Florida:

(a). On or about February 28, 2005, defendant **MICHAEL KENNEDY** and co-conspirator Erin Sharma discussed and agreed to retaliate against Richard Delano in response to Delano's February 23, 2005, assault upon co-conspirator Erin Sharma.

(b). On or about February 28, 2005, defendant **MICHAEL KENNEDY** and co-conspirator Erin Sharma sought and obtained permission from the supervising officer in the SHU of USP-1, FCC-Coleman, to move Delano to the cell of McCullah.

(c). On or about February 28, 2005, defendant **MICHAEL KENNEDY** and co-conspirator Erin Sharma misrepresented the facts surrounding this move to the supervising officer in the SHU of USP-1, FCC-Coleman, to ensure that he would

approve the move.

(d). On or about February 28, 2005, co-conspirator Erin Sharma encouraged John McCullah to assault Richard Delano when co-conspirator Erin Sharma was not present at FCC-Coleman.

(e). On or about March 1, 2005, defendant **MICHAEL KENNEDY** moved Delano to McCullah's cell in the SHU of USP-1, FCC-Coleman.

(f). On or about March 4, 2005, McCullah assaulted Delano. As a result of injuries sustained during this assault, Delano entered a coma. Delano died as a result of the injuries he sustained from this assault on or about March 17, 2005.

All in violation of Title 18, United States Code, Section 241.

## COUNT TWO

12. The allegations contained in paragraphs 1 through 5 of this Indictment are hereby realleged and incorporated herein by reference.

13. On or about February 28, 2005, through in or about March 2005, in the Middle District of Florida,

**MICHAEL KENNEDY**

the defendant herein, along with Erin Sharma and persons known and unknown to the Grand Jury, aiding and abetting one another, while acting under color of law, arranged for the move of Richard Delano into the cell of John McCullah, aware that McCullah would assault and physically harm Delano, and thereby willfully deprived Delano of the right, preserved and protected by the Constitution of the United States, not to be subjected to cruel and unusual punishment. Bodily injury and death to Richard Delano

resulted from the acts that defendant **MICHAEL KENNEDY** committed in this violation.

All in violation of Title 18, United States Code, Sections 242 and 2.

A TRUE BILL,

_____
Foreperson

A. BRIAN ALBRITTON
United States Attorney

By: _____
Bruce S. Ambrose
Assistant United States Attorney

By: _____
Roger B. Handberg, III
Assistant United States Attorney
Chief, Orlando Division

LORETTA KING
Acting Assistant Attorney General

By: _____
C. Douglas Kern
Trial Attorney, Criminal Section
U.S. Department of Justice, Civil Rights Division
Washington, D.C. 20530