# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

---

**UNITED STATES OF AMERICA**

-vs-                                              Case No. 6:09-cr-217-Orl-18DAB

**MICHAEL KENNEDY**                      AUSA: Phil Lammens for Bruce Ambrose
                                         Deft. Atty.: Johnnye Friedrich (ret.)

| JUDGE | Gary R. Jones | DATE AND TIME | November 2, 2009 2:55 p.m. - 3:10 p.m. |
|---|---|---|---|
| DEPUTY CLERK | Donna DeNicola | TAPE/REPORTER | DIGITAL |
| INTERPRETER | None Required | PRETRIAL/PROBATION | Bryan Coomer |

## CLERK'S MINUTES - INITIAL APPEARANCE

Defendant self-surrendered on an Indictment and is appearing with retained local counsel Johnnye Friedrich.

Defendant has also retained Oklahoma attorneys Brian McLaughlin and David Lee Wilson who are not present in court today.

Defendant advised of rights, charges, penalties and special assessment.

Government advises the Court that the Government is not seeking the death penalty in this case.

This case was mistakenly assigned an Orlando Division case number and will be re-assigned to the Ocala Division. After which, the Court will schedule an arraignment.

Government requests release conditions.

Court sets bond at $50,000.00 Unsecured.

**ORDER SETTING CONDITIONS OF RELEASE TO ENTER.**