UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                                    Case No.  6:09-cr-217-Orl-18DAB

MICHAEL D. KENNEDY

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

   A. Brian Albritton, United States Attorney

   Bruce S. Ambrose, Assistant United States Attorney

   Federal Bureau of Investigation - Investigative Agency

   Johnnye L. Friedrich, Esquire, Counsel for Defendant

   Michael D. Kennedy, Defendant

   C. Douglas Kern, Trial Attorney, U.S. Department of Justice

   Brian R. McLaughlin, Esquire, Counsel for Defendant

   James Raby, Special Agent, Federal Bureau of Investigation

   David L. Wilson, Esquire, Counsel for Defendant

2.   The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: None

3.   The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases: None

4.   The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution: Richard Delano (deceased)

I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Date: November 3, 2009

Respectfully submitted,

A. BRIAN ALBRITTON
United States Attorney

By:   *s/ Bruce S. Ambrose*
Bruce S. Ambrose
Assistant United States Attorney
USA No. 075
501 West Church Street, Suite 300
Orlando, Florida  32805
Telephone:   (407) 648-7500
Facsimile:   (407) 648-7643
E-mail: bruce.ambrose@usdoj.gov

U.S. v. MICHAEL D. KENNEDY                                 Case No. 6:09-cr-217-Orl-18DAB

### CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Johnnye L. Friedrich, Esquire | jlfpa@tampabay.rr.com |
| Brian R. McLaughlin, Esquire | mclaughlinlaw@justice.com |
| David L. Wilson, Esquire | davidwilsonatty@sbcglobal.net |

                                                 *s/ Bruce S. Ambrose*
                                                 Bruce S. Ambrose
                                                 Assistant United States Attorney
                                                 USA No. 075
                                                 501 West Church Street, Suite 300
                                                 Orlando, Florida  32805
                                                 Telephone:   (407) 648-7500
                                                 Facsimile:   (407) 648-7643
                                                 E-mail: bruce.ambrose@usdoj.gov