UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:09-cr-217-Orl-18DAB

MICHAEL D. KENNEDY

### NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

☒ IS  related to pending or closed civil or criminal cases previously filed in this court, or any other Federal or State court, or administrative agency as indicated below:

6:09-cr-1-Orl-19GRJ

☐ IS NOT  related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated: November 3, 2009

Respectfully submitted,

A. BRIAN ALBRITTON
United States Attorney

By:  *s/ Bruce S. Ambrose*
Bruce S. Ambrose
Assistant United States Attorney
USA No. 075
501 West Church Street, Suite 300
Orlando, Florida  32805
Telephone:  (407) 648-7500
Facsimile:  (407) 648-7643
E-mail: bruce.ambrose@usdoj.gov

U.S. v. MICHAEL D. KENNEDY                    Case No. 6:09-cr-217-Orl-18DAB

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Johnnye L. Friedrich, Esquire    jlfpa@tampabay.rr.com
Brian R. McLaughlin, Esquire     mclaughlinlaw@justice.com
David L. Wilson, Esquire         davidwilsonatty@sbcglobal.net

*s/ Bruce S. Ambrose*
Bruce S. Ambrose
Assistant United States Attorney
USA No. 075
501 West Church Street, Suite 300
Orlando, Florida  32805
Telephone:   (407) 648-7500
Facsimile:   (407) 648-7643
E-mail: bruce.ambrose@usdoj.gov