UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   Case No. 6:09-cr-217-Orl-18DAB

MICHAEL D. KENNEDY

### NOTICE OF POSSIBLE CONFLICT OF INTEREST

To assist the Court in its responsibility of appointment of counsel pursuant to Fed. R. Crim. P. 44, and Title 18, United States Code, Section 3006A, I certify that the following attorneys may have a conflict of interest if appointed to represent the above defendant because of representation of other individuals:

J. Jeffery Dowdy, Esquire
Federal Public Defender's Office
William Mallory Kent, Esquire
Michael W. Nielsen, Esquire

Dated: November 3, 2009

Respectfully submitted,

A. BRIAN ALBRITTON
United States Attorney

By:   s/ Bruce S. Ambrose
Bruce S. Ambrose
Assistant United States Attorney
USA No. 075
501 West Church Street, Suite 300
Orlando, Florida 32805
Telephone:   (407) 648-7500
Facsimile:   (407) 648-7643
E-mail: bruce.ambrose@usdoj.gov