# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**  Case No. 6:09-cr-217-Orl-22DAB

**MICHAEL KENNEDY**
_____

## NOTICE OF TRIAL

**TAKE NOTICE** that the TRIAL in this matter is scheduled to begin date certain **THURSDAY, MARCH 25, 2010 at 9:00 A.M.** in Courtroom No. 6A (6th Floor), George C. Young U.S. Courthouse, 401 W. Central Blvd., Orlando, Florida, before the Honorable Anne C. Conway, Chief United States District Judge. The defendant must be present.

**DATED** at Orlando, Florida, on January 21, 2010.

SHERYL L. LOESCH, CLERK
By: *Celeste Herdeman*
Deputy Clerk

Copies to:
Judge Conway's Chambers
Counsel of Record


**PLEASE NOTE**: **Photo I.D.** is required to enter the United States Courthouse. **Cellular telephones** and **laptop computers** are prohibited in the Courthouse unless otherwise allowed pursuant to order of the Court.