**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**UNITED STATES OF AMERICA**

-vs-                                                    Case No.   6:09-cr-217

**MICHAEL KENNEDY**

**DEFENDANT'S MOTION FOR COURT APPROVAL
FOR ISSUANCE OF SUBPOENA DUCES TECUM**

COMES NOW the Defendant, Michael Kennedy, by and through undersigned counsel, and respectfully moves this Honorable Court to approve the issuance of a *Subpoena Duces Tecum* for the following items from the Federal Bureau of Prisons, Coleman, Florida:

Front Lobby Visitor Log Book (From February 1, 2005, till December 31, 2006)

Front Lobby Official Visitor Log (From February 1, 2005, till December 31, 2008)

Visitation Log Books (From February 1, 2005, till December 31, 2005)

Operations Lieutenants Logs (From February 1, 2005, till April 30, 2005)

Correctional Services Staff Rosters for USP-1 (From February 22, 2005, till March 6, 2005)

Special Housing Unit Log (From January 1, 2005, till December 31, 2005)

Special Housing Unit Shakedown Log (From January 1, 2004, till December 31, 2006)

Special Housing Unit Sign In Logs (From January 1, 2005, till December 31, 2005)

Special Housing Quarters Roster (From January 1, 2003, till December 31, 2005)

Special Housing Unit Video (All Ranges, All Areas) (From February 22, 2005, till March 6, 2005)

Post Orders For The Following: Shu 1 Through Shu 6, Shu Tower, Shu Lieutenant,

Operations Lieutenant, Activities Lieutenant, Sia, Sis Lieutenant, Sis Technician (From February 22, 2005, till March 6, 2005)

Position Descriptions For The Following: Unit Manager, Counselor, Case Manager, Captain, Lieutenant, Correctional Officer, Executive Assistant, Associate Warden, Warden, Sia, Sis Technician, Sis Lieutenant

Training Records For All Government Witnesses

Any SIS Investigation Paperwork That SIS Conducted On The McCullah/Delano Incident

Agent Raby's Field Notes (Also Any Other FBI Agent That Conducted An Interview)

Control Centers Sentry Users Guide (Black Binder That Is Maintained In Control)

Control Center Logs (From February 22, 2005, till March 6, 2005)

Inmate Delano And Mccullah Central File

Inmate Wigginton Medical File, Central File, All Sentry Work

Inmate Monterubio All Sentry Work

Both Inmate Williams All Sentry Work

Inmate Becker All Sentry Work

Inmate Mahoney All Sentry Work

Inmate Beckett All Sentry Work And Medical File

Inmate Rosemond All Sentry Work

Inmate Kerce All Sentry Work

Inmate John Ward All Sentry Work

Inmate Martinez #17618-083 All Sentry Work

Inmate Montoya #96171-079 All Sentry Work

Documentation showing who actually keyed the Sentry move for Delano and Mccullah

DHO Documents On Inmates Mccullah and Delano, To Show Exact Dates Of A/D or D/S Status

Duty Officer Reports (From February 22, 2005, till March 6, 2005)

Special Housing Unit 21-day Cell Rotation Log (From January 1, 2005, till December 31, 2005)

Special Housing Unit Phone Log (From January 1, 2004, till December 31, 2006)

Inmate Solano All Sentry Work and Central File, including but not limited to Rule 35 information and all direct agent contact)

Agent Raby's personnel file, including but not limited to complaints or actions against him.

Video of the McCullah/Delano incident taken by CO Santiago, and any other handheld video taken from February 22, 2005, till March 6, 2005.

All Sentry documentation on the SHU inmates who were in a single cell on March 1, 2005.

All Sentry documentation on Inmate Dillon.

Personnel files on all government witnesses employed by the Federal Bureau of Prisons.

In support thereof, the Defendant would state as follows:

1.      These items have been requested from the prosecution, but they have responded that these items are not in their possession and that the Defendant needs to subpoena them directly from the Bureau of Prisons.

2.      The Defendant is requesting the Court's permission to issue this *Subpoena Duces Tecum* out of an abundance of caution. The Defendant is aware of a local rule that states that Federal and State Judicial Officers, or other elected officials shall not be issued a Subpoena without prior Court approval, but does not believe that this local rule would apply to the Federal Bureau of Prisons. However, the Defendant anticipates the less than total cooperation of the Federal Bureau

of Prisons, and wishes for the Court to be aware of, and approve, his request.

3. The items that the Defendant is requesting all relate very closely to his ability to prove his innocence in this case. He believes that many of the government witnesses are not being completely truthful in their assertions, and that these documents can assist his counsel in proving that. In addition, these documents can show the location and actions of the Defendant and other key witnesses during the time in question, which directly relates to the accusations in this case.

4. The Defendant can show the Court: (1) that these documents are evidentiary and relevant to his defense; (2) that these documents are not otherwise procurable reasonably in advance of trial by exercise of due diligence; (3) that the Defendant cannot properly prepare for trial without the production of these documents; and (4) that this request is made in good faith and is not intended as a general "fishing expedition."

## CERTIFICATION

In accordance with Paragraph II.D. of the Criminal Scheduling Order, the undersigned certify that they have conferred with the counsel for the United States regarding this matter, and the counsel for the United States has informed the undersigned that they need to secure these items directly from the Bureau of Prisons.

For the foregoing reasons, the Defendant respectfully moves this Honorable Court to grant this Motion and approve the issuance of a *Subpoena Duces Tecum* for the requested items from the Federal Bureau of Prisons, Coleman, Florida.

    Respectfully submitted

    **/s/ Johnnye L. Friedrich**
    Johnnye L. Friedrich

        Haag, Haag & Friedrich, PA
        452 Pleasant Grove Rd
        Inverness, FL 34452
        352/726-0901
        Attorney for Defendant

        **/s/ Brian R. McLaughlin**
        Brian R. McLaughlin
        McLaughlin & Sanders, PLLC
        109 East Main St
        Stigler, OK 74462
        918/967-9271
        Attorney for Defendant

        **/s/ David L. Wilson**
        David L. Wilson
        David L. Wilson, Attorney at Law
        202 N. Broadway
        P.O. Box 268
        Stigler, OK 74462-0268
        918/967-4661
        Attorney for Defendant

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that on February 22, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Office of the United States Attorney, and further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following: none.

        /s/ Brian R. McLaughlin