# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                           **CASE NO: 6:09-cr-217-Orl-22TBS**

**MICHAEL KENNEDY**
_____

## ORDER

This cause is before the Court on the Motion to Compel the Government to File a Reduction in Defendant's Sentence under Fed.R.Crim.P.35 (Doc. No. 186) filed on January 18, 2017.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 13, 2017 (Doc. No. 193), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Motion to Compel the Government to File a Reduction in Defendant's Sentence under Fed.R.Crim.P.35 is hereby DENIED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 28, 2017.

*/s/ Anne C. Conway*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Magistrate Judge
United States Marshals Service
United States Probation Office
United States Pretrial Services